AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| SAMUEL MONTRONDE | ) Case No. 23-cr-10079-FDS |
| | ) |
| Defendant | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: Takeda Pharmaceuticals 500 Kendall St. Cambridge MA 02142 c/o Atty. Adam Bookbinder, Choate Hall & Stewart LLP

(Name of person to whom this subpoena is directed)

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects: In lieu of personal appearance, please send the following to: Shea & LaRocque LLP, 88 Broad St. Ste. 101, Boston MA 02110 (see attached for description)

| Place: U.S. District Court<br>1 Courthouse Way<br>Boston MA 02210 | Date and Time:<br>11/08/2024 - 3:10 pm |
|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

(SEAL)

Date: 11/01/2024

Certified to be a true and correct copy of the original
Robert M. Farrell, Clerk
U. S. District Court
District of Massachusetts
By: _____ Deputy Clerk
Date: 11/01/2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing (name of party) Samuel Montronde
_____, who requests this subpoena, are:

Mark W. Shea, 88 Broad St. Ste. 101, Boston MA 02110  markwshea@shearock.com  617-577-8722

### Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

sheaandlarocque

88 Broad Street, Suite 101
Boston MA  02110
617.577.8722

Via email: abookbinder@choate.com

November 4, 2024

Takeda Pharmaceuticals
500 Kendall Street
Cambridge MA  02142

c/o Adam Bookbinder, Esq.
Choate Hall & Stewart LLP

Re:     *United States v. Samuel Montronde*
        USDC Docket No. 23-cr-10079-FDS

**DESCRIPTION OF ITEMS REQUESTED:**

The entire Cellebrite phone extraction report(s) of Priya Bhambi's phone: Samsung SM-S901U, conducted on or about 11/08/2022;
All file names;
Any EY searches of the Samsung SM-S901U phone initiated by Jeremy Horowitz;
All documents created by Jeremy Horowitz regarding the search of the phone and any searches of Priya Bhambi's computer(s).

The entire image / extraction of Priya Bhambi's laptop (owned by Takeda), conducted on or about 11/08/2022;
All file names;
Any searches of the laptop computer;
All documents regarding any search of the laptop.

**In lieu of personal appearance, you may provide a copy of the requested documentation by 3:00p.m. on November 8, 2024 to:**

Shea & LaRocque, LLP
88 Broad Street, Suite 101
Boston MA  02110

November 4, 2024
Takeda Pharmaceuticals
Page Two

I am enclosing an FBI form FD-302 (Bates No. USAO_00037905 to USAO_00037907), which describes the imaging of the laptop and phone.

This subpoena replaces the subpoena served on November 1, 2024.

Thank you for your cooperation in this matter. Please feel free to contact me with any questions or concerns.  I can be reached at 617-577-8722 or [markwshea@shearock.com](mailto:markwshea@shearock.com).

Sincerely,

/s/ Mark W. Shea
Mark W. Shea

Enc.

cc:     AUSA Leslie Wright
        AUSA Mackenzie Queenin