| | |
|---|---|
| **From:** | William Moore |
| **Sent:** | Thursday, June 23, 2022 4:28 PM |
| **To:** | cybersecurity@takeda.com; Di Leo, Gerardo |
| **Subject:** | RE: Potential Fraud Event - URGENT - 2nd request |

Hi John,

Thank you for the quick response. Please speaking with you as well.  Just looking out for Takeda. Good to hear the transactions are legitimate.

I will look into the email issue.

Thanks again,
Bill


William Moore
Chief Risk Officer
30 Pond Street, Sharon MA 02067
P 781-793-2876 F 781-793-2876
www.scucu.com



**\*Note: My email address domain has changed to scucu.com. Please update your records.**

**Important Notice:** This communication and any documents or files transmitted with it are confidential and are intended solely for the use c addressed. If you are not the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwar communication is strictly prohibited. If you have received this in error, please immediately notify the sender identified above at the address sh


**From:** cybersecurity@takeda.com <cybersecurity@takeda.com>
**Sent:** Thursday, June 23, 2022 4:03 PM
**To:** William Moore <WMoore@scucu.com>; Di Leo, Gerardo <Gerardo.DiLeo@takeda.com>
**Subject:** RE: Potential Fraud Event - URGENT - 2nd request

> **EXTERNAL EMAIL:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Bill,

  Pleasure speaking with you this afternoon.   We have verified the transactions are legitimate.   Appreciate your diligence though.

Bill, on a side note, you might want to talk to someone in your IT teams who is responsible for email.  When I was analyzing the header of the email you sent us, I noticed this SPF error in the email:
Received-SPF: PermError (protection.outlook.com domain of scucu.com used an invalid SPF mechanism)
this means the SPF record cannot be used to verify the sending email server for SCU is correct


Regards,
John Matusiak
Lead – Incident Response
Information Security & Risk
Takeda Pharmaceuticals Company Limited
650 East Kendall St 5th Floor South Cambridge, MA 02142
E-mail: john.matusiak@takeda.com| Office: +1 617 374 7721 | Mobile: +1 617 519 9450



For more information security tips, please visit ISR on myTakeda. | Be security aware and join the conversation on Yammer.
Please report any suspicious activity or potential information security incidents to cybersecurity@takeda.com

---

**From:** William Moore <WMoore@scucu.com>
**Sent:** Thursday, June 23, 2022 7:51 AM
**To:** Di Leo, Gerardo <Gerardo.DiLeo@takeda.com>
**Subject:** Potential Fraud Event - URGENT - 2nd request

Good morning Mr. Di Leo,

We have a new business member here at the Sharon & Crescent United Credit Union (Sharon, MA) and he has received two large ACH credit payment transactions that were originated from Takeda on 6/6/2022 and 6/10/2022. They are for $460,000.00 each.

We have a lot of red flags regarding these transactions.

Could you please confirm if this is fraud or a legitimate client of Takeda? See Master services agreement provided by Evoluzione Consulting LLC out of Brockton. Please call me directly at 781-793-2876

Thank you,
Bill




William Moore
Chief Risk Officer
30 Pond Street, Sharon MA 02067
P 781-793-2876 F 781-793-2876
www.scucu.com



**\*Note: My email address domain has changed to scucu.com. Please update your records.**

**Important Notice:** This communication and any documents or files transmitted with it are confidential and are intended solely for the use o addressed. If you are not the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwar communication is strictly prohibited. If you have received this in error, please immediately notify the sender identified above at the address sh

The content of this email and of any files transmitted may contain confidential, proprietary or legally privileged information and is intended solely for the use of the person/s or entity/ies to whom it is addressed. If you have received this email in error you have no permission whatsoever to use, copy, disclose or forward all or any of its contents. Please immediately notify the sender and thereafter delete this email and any attachments.

USAO_00038754