| | |
|---|---|
| **From:** | William Moore |
| **Sent:** | Friday, June 24, 2022 4:18 PM |
| **To:** | Christine DaSylva |
| **Subject:** | RE: Wire transfer to Citizens Bank - Samuel Montrond - # 1077318-200 |

Just too many red flags…I was able to get some of the Takeda Officials to verify that the transactions were legitimate. I still don't see how you make $920k in two weeks with another 3 million coming. Business description was very vague.

Thanks again and have a great weekend!
Bill


William Moore
Chief Risk Officer
30 Pond Street, Sharon MA 02067
P 781-793-2876 F 781-793-2876
www.scucu.com



**From:** Christine DaSylva <CDaSylva@scucu.com>
**Sent:** Friday, June 24, 2022 4:14 PM
**To:** William Moore <WMoore@scucu.com>
**Subject:** RE: Wire transfer to Citizens Bank - Samuel Montrond - # 1077318-200

Yes, he told me he was thinking of closing the account anyways because he did not like the way we handled the situation. He did close his personal accounts as well.

Thank you,


Christine DaSylva
Branch Manager - NMLS 2111112
115 Commercial Street, Brockton MA 02302
P 508-408-6490 F 508-408-6490  5088469928
www.scucu.com



**From:** William Moore <WMoore@scucu.com>
**Sent:** Friday, June 24, 2022 3:57 PM

**To:** Christine DaSylva <CDaSylva@scucu.com>
**Subject:** RE: Wire transfer to Citizens Bank - Samuel Montrond - # 1077318-200

Hi Christine,

Thank you! Was he okay with our decision?

Thanks again,
Bill

William Moore
Chief Risk Officer
30 Pond Street, Sharon MA 02067
P 781-793-2876 F 781-793-2876
www.scucu.com



**From:** Christine DaSylva <CDaSylva@scucu.com>
**Sent:** Friday, June 24, 2022 3:39 PM
**To:** William Moore <WMoore@scucu.com>
**Subject:** RE: Wire transfer to Citizens Bank - Samuel Montrond - # 1077318-200

Hi Bill,

The account was just closed. Attached is a copy of the check. Samuel opened a business account at Santander.

Thank you,

Christine DaSylva
Branch Manager - NMLS 2111112
115 Commercial Street, Brockton MA 02302
P 508-408-6490 F 508-408-6490  5088469928
www.scucu.com



**From:** William Moore <WMoore@scucu.com>
**Sent:** Friday, June 24, 2022 1:00 PM
**To:** Christine DaSylva <CDaSylva@scucu.com>
**Subject:** RE: Wire transfer to Citizens Bank - Samuel Montrond - # 1077318-200

Hi Christine,

The wire is okay to send.

Please ask him Sam to close the account by July 10th.

Any questions at all please call me.


Thanks,
Bill

William Moore
Chief Risk Officer
30 Pond Street, Sharon MA 02067
P 781-793-2876 F 781-793-2876
www.scucu.com



**From:** Christine DaSylva <CDaSylva@scucu.com>
**Sent:** Friday, June 24, 2022 12:22 PM
**To:** Wire Transfers - Outgoing Wires <WireTransfers@sharoncu.com>
**Cc:** William Moore <WMoore@scucu.com>
**Subject:** Wire transfer to Citizens Bank - Samuel Montrond - # 1077318-200

Hi,

Please see attached.

Thank you,


Christine DaSylva
Branch Manager - NMLS 2111112
115 Commercial Street, Brockton MA 02302
P 508-408-6490 F 508-408-6490  5088469928
www.scucu.com



**From:** scanner@scucu.com <scanner@scucu.com>
**Sent:** Friday, June 24, 2022 12:23 PM
**To:** Christine DaSylva <CDaSylva@scucu.com>
**Subject:**