UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

vs.                                                                                    Docket No. 23-cr-10079-FDS

SAMUEL MONTRONDE

### Defendant's Second Amended Witness List

Defendant Samuel Montronde, by his attorney, submits the following proposed witness list for witnesses he intends to call in his case-in-chief. The Defendant reserves his right to supplement, modify and number the list in light of the evidence that is admitted at trial and with reasonable notice to the Government.

1. Daniel J. Loper
   Granite Discovery
   Lee NH

2. Kevin Flynn
   Interstate Investigation Agency
   Natick MA

3. Margaret E. Ives
   Sr. Counsel, US Litigation & Investigations
   Takeda
   Cambridge MA

4. Brendan Donlan (Special Agent)
   Federal Bureau of Investigation
   Boston MA

SAMUEL MONTRONDE
By his attorney,

/s/ Mark W. Shea                                    Dated:  December 2, 2024
Mark W. Shea
SHEA and LaROCQUE, LLP
88 Broad Street, Suite 101
Boston MA  02110
617.577.8722
markwshea@shearock.com

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 2, 2024


/s/ Mark W. Shea
Mark W. Shea